[No. 7238-6-II.  Division Two.  March 29, 1984.]

*In the Matter of the Personal Restraint of*
DAVID V. ACOSTA, *Petitioner*.

Petition for relief from personal restraint. *Granted in part* and *denied in part* by unpublished opinion per

Petrich, C.J., concurred in by Petrie and Reed, JJ. Now published at 37 Wn. App. 378.

